IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS DAVID ANDREAS,

      Plaintiff,                    No. CIV S-09-1207 FCD GGH P

     vs.

MATTHEW CATE, et al.,

      Defendants.           <u>ORDER</u>

                            /

        On August 24, 2009[1], plaintiff filed a motion to vacate the magistrate judge's order filed July 30, 2009, granting plaintiff thirty days to file an amended complaint. The court construes plaintiff's motion to vacate as a request for reconsideration.

        Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of July 30, 2009, is therefore untimely.

/////

/////

---

[1] Pursuant to the mailbox rule, plaintiff filed his motion on August 24, 2009, although it is file stamped August 31, 2009.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to vacate (no. 17) is construed as a request for reconsideration;

2. Plaintiff's request for reconsideration is denied;

3. Plaintiff's amended complaint is due within thirty days of the date of this order.[2]

DATED: September 10, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Although plaintiff has filed an interlocutory appeal of the July 30, 2009, order, this appeal does not stay this action. See 28 U.S.C. § 1292.