IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS DAVID ANDREAS,

        Plaintiff,                   No. CIV S-09-1207 FCD GGH P

    vs.

MATTHEW CATE, et al.,

        Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 26, 2009, the court issued an order finding that the original complaint stated colorable Eighth Amendment and state law claims against defendants Johnson, Martinez, McCarthy, Bond and Thompson.  The court dismissed the remaining claims with thirty days to file an amended complaint.

        On July 20, 2009, plaintiff filed a motion to an extension of time to file an amended complaint.  On July 30, 2009, the undersigned granted plaintiff thirty days to file an amended complaint.  On September 11, 2009, District Court Judge Damrell denied plaintiff's request for reconsideration of the July 30, 2009, order and granted him thirty days to file an amended complaint.  On October 14, 2009, the undersigned granted plaintiff an additional twenty-eight days to file an amended complaint.

1

1   On November 20, 2009, plaintiff filed a pleading stating that he wishes to proceed

2   on the original complaint.

3   In accordance with the above, IT IS HEREBY ORDERED that:

4   1. Service is appropriate for the following defendants:  Johnson, Martinez,

5   McCarthy, Bond and Thompson.

6   2.  The Clerk of the Court shall send plaintiff 5 USM-285 forms, one summons,

7   an instruction sheet and a copy of the complaint filed May 4, 2009.

8   3.  Within thirty days from the date of this order, plaintiff shall complete the

9   attached Notice of Submission of Documents and submit the following documents to the court:

10   a.  The completed Notice of Submission of Documents;

11   b.  One completed summons;

12   c.  One completed USM-285 form for each defendant listed in number 3

13   above; and

14   d.  Six copies of the endorsed complaint filed May 4, 2009.

15   6.  Plaintiff need not attempt service on defendants and need not request waiver of

16   service.  Upon receipt of the above-described documents, the court will direct the United States

17   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

18   without payment of costs.

19   DATED: December 15, 2009

20

21   /s/ Gregory G. Hollows

22   UNITED STATES MAGISTRATE JUDGE

23   an1207.ord

24

25

26

2

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NICOLAS DAVID ANDREAS,

11          Plaintiff,                      No. CIV S-09-1207 FCD GGH P

12      vs.

13   MATTHEW CATE, et al.,                  NOTICE OF SUBMISSION

14          Defendants.                     OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____      completed summons form

19          _____      completed USM-285 forms

20          _____      copies of the _____
                                      Complaint/Amended Complaint

21   DATED:

22

23                                          _____
                                            Plaintiff
24

25

26