IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS DAVID ANDREAS,

     Plaintiff,                          No. CIV S-09-1207 FCD GGH P

     vs.

MATTHEW CATE, et al.,

     Defendants.                 <u>ORDER</u>

                                 /

          On December 30, 2009, plaintiff filed a motion for clarification.  Plaintiff states that on December 15, 2009, the court ordered him to complete and return forms necessary for service of the original complaint.  Plaintiff states that he previously returned those forms after the court ordered service of the original complaint on June 26, 2009.

          Plaintiff is correct that he earlier submitted the documents for service of the original complaint.  However, as discussed in the December 30, 2009, order, on July 20, 2009, plaintiff filed a motion for leave to file an amended complaint.  Because plaintiff indicated a desire to proceed on an amended complaint, the court did not keep the documents plaintiff sent in for service of the original complaint.  Because plaintiff has now indicated a desire to proceed on the original complaint, he must re-submit the documents for service.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for clarification (no. 32) is resolved;

2. Within twenty-eight days of the date of this order, plaintiff shall submit the documents necessary for service of the original complaint, as discussed in the December 15, 2009, order.

DATED: January 20, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

an1207.cla