IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS DAVID ANDREAS,

    Plaintiff,                No. CIV S-09-1207 FCD GGH P

   vs.

MATTHEW CATE, et al.,

    Defendants.          ORDER

_____/

       On February 1, 2010, plaintiff filed a motion requesting that this action proceed without further delay. On January 29, 2010, the U.S. Marshal was ordered to serve plaintiff's complaint.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's February 1, 2010, motion to proceed without delay (no. 38) is denied as unnecessary.

DATED: February 11, 2010

                           /s/ Gregory G. Hollows

                           UNITED STATES MAGISTRATE JUDGE

an1207.ord