IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS DAVID ANDREAS,

    Plaintiff,                        No. CIV S-09-1207 FCD GGH P

    vs.

MATTHEW CATE, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. No defendants have yet appeared.

        On March 12, 2010, plaintiff filed a motion for sanctions. Plaintiff alleges that defense counsel and prison officials conspired to send him a letter through the prison's regular mail system rather than processing it through the legal mail system. This letter, a copy of which is attached to plaintiff's motion, informs plaintiff that the Attorney General's Office will represent defendants. Plaintiff claims that by sending him the letter through the prison's regular mail, defense counsel and prison officials were attempting to inform prison officials that plaintiff had filed a lawsuit. Plaintiff alleges that he may now be retaliated against for pursing this action.

        Plaintiff offers no facts to support his claim that defense counsel was involved in the decision to treat the letter as regular rather than legal mail. Plaintiff's unsupported

1

1  speculation does not warrant the imposition of sanctions.  If plaintiff believes he is being
2  retaliated for pursuing this action, he may renew his motion.
3          On March 18, 2010, plaintiff filed a motion complaining that his first name was
4  incorrectly spelled in the order granting him in forma pauperis status.
5          Accordingly, IT IS HEREBY ORDERED that:
6          1.  Plaintiff's motion for sanctions (no. 41) is denied;
7          2.  Plaintiff's motion regarding the incorrect spelling of his name (no. 42) is
8  resolved; the correction has been noted.
9  DATED: April 30, 2010
10                                     /s/ Gregory G. Hollows
11                                     UNITED STATES MAGISTRATE JUDGE
12  an1207.san